```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
                   Criminal No. 05-53 (MJD/RLE)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | PRELIMINARY |
| v. | ) | ORDER OF FORFEITURE |
| | ) | |
| CHARLES LEON DONNELL, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant Charles Leon Donnell; on the Court having found that all the defendant's right, title and interest in and to certain property is subject to forfeiture pursuant to 18 U.S.C. § 924(d), in conjunction with 28 U.S.C. § 2461(c); and on the Court's determination that, based on the Plea Agreement entered into by the defendant and based on all of the files and records of this proceeding, the government has established the requisite nexus between such firearms and the offense to which the defendant has pled guilty,

IT IS HEREBY ORDERED that:

1. the following firearms are forfeited to the United States pursuant to 18 U.S.C. § 924(d), in conjunction with 28 U.S.C. § 2461(c):

(1)  Interdynamic KG-99 9mm pistol, serial number

18673, with loaded magazine;

(2) Glock 17 9mm pistol, serial number GX756, with empty magazine;

(3) Walther PPK/S-1 .380 ACP pistol, serial number 8432BAB, with two loaded magazines;

(4) Ruger 10/22 .22 rifle, serial number 253-86810, with loaded magazine;

(5) Remington .30-06 Model 6 rifle, serial number A4081768, with scope and loaded magazine;

(6) Remington 870 Express Magnum 12 gauge shotgun, serial number C456221M;

(7) Marlin Model 60 semiautomatic .22 rifle, serial number 12338457;

(8) Ruger Mini-14 .223 semiautomatic rifle, serial number 183-02084, with loaded 30-round magazine and folding stick;

(9) Stevens Model 38B .410 gauge shotgun, no serial number;

(10) Winchester Model 64 .32 WS rifle, serial number 1143514;

(11) Savage Model 111 7mm Winchester Magnum rifle, serial number F886711, with scope;

(12) Remington Model 1100LW .410 gauge semiautomatic shotgun, serial number N498944;

 (13) Walther PP 7.65mm pistol, serial number 229984P, with leather Nazi holster and two empty magazines; and

 (14) Forty (40) boxes of assorted live ammunition and a metal First Aid box containing gun parts and loose live ammunition;

 2. the Attorney General or his authorized designee may seize the foregoing firearms, accessories and ammunition and maintain custody and control of the them pending the entry of a Final Order of Forfeiture;

 3. the United States shall, pursuant to 21 U.S.C. § 853(n)(1), publish and give notice of this Order and its intent to dispose of the foregoing firearms, accessories and ammunition in such manner as the Attorney General may direct;

 4. pursuant to Fed.R.Crim.P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

 5. following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing firearms and may warrant good title to any subsequent purchaser or transferee; and

6.  the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e).


Dated:November 18, 2005          s/ Michael J. Davis
                                 MICHAEL J. DAVIS, Judge
                                 United States District Court