```
             UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
             Criminal No. 05-53 (MJD/RLE)
```

UNITED STATES OF AMERICA,    )
                             )
        PLAINTIFF,            )
   v.                         )    FINAL ORDER OF FORFEITURE
                             )
CHARLES LEON DONNELL,         )
                             )
        DEFENDANT.            )

WHEREAS, on November 18, 2005, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States pursuant to 18 U.S.C. § 924(d), in conjunction with 28 U.S.C. § 2461(c):

(1) Interdynamic KG-99 9mm pistol, serial number 18673, with loaded magazine;

(2) Glock 17 9mm pistol, serial number GX756, with empty magazine;

(3) Walther PPK/S-1 .380 ACP pistol, serial number 8432BAB, with two loaded magazines;

(4) Ruger 10/22 .22 rifle, serial number 253-86810, with loaded magazine;

(5) Remington .30-06 Model 6 rifle, serial number A4081768, with scope and loaded magazine;

(6) Remington 870 Express Magnum 12 gauge shotgun, serial number C456221M;

(7)  Marlin Model 60 semiautomatic .22 rifle, serial number 12338457;

(8)  Ruger Mini-14 .223 semiautomatic rifle, serial number 183-02084, with loaded 30-round magazine and folding stick;

(9)  Stevens Model 38B .410 gauge shotgun, no serial number;

(10) Winchester Model 64 .32 WS rifle, serial number 1143514;

(11) Savage Model 111 7mm Winchester Magnum rifle, serial number F886711, with scope;

(12) Remington Model 1100LW .410 gauge semiautomatic shotgun, serial number N498944;

(13) Walther PP 7.65mm pistol, serial number 229984P, with leather Nazi holster and two empty magazines; and

(14) Forty (40) boxes of assorted live ammunition and a metal First Aid box containing gun parts and loose live ammunition.

WHEREAS, on December 21, 2005, December 28, 2005, and January 4, 2006, the plaintiff published notice of the forfeiture of the foregoing firearms in *Finance and Commerce*, Minneapolis, Minnesota, of the United States' intent to dispose of the property in accordance with law,

and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in said property;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired; and

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.   all right, title and interest in the foregoing firearms is hereby forfeited to and vested in the United States of America; and

2.   the foregoing firearms shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: April 24, 2006          s / Michael J. Davis
                               MICHAEL J. DAVIS, Judge
                               United States District Court