UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-53 (MJD/RLE)

UNITED STATES OF AMERICA,       )
                                )
                PLAINTIFF,      )
        v.                      )       AMENDED FINAL ORDER
                                )          OF FORFEITURE
CHARLES LEON DONNELL,           )
                                )
                DEFENDANT.      )

WHEREAS, on April 25, 2006, this Court entered a Final Order Of Forfeiture forfeiting certain firearms and ammunition to the United States, including a Remington Model 1100LW .410 gauge semiautomatic shotgun;

WHEREAS, the serial number of the Remington Model 1100LW .410 gauge semiautomatic shotgun was incorrectly identified in the Final Order of Forfeiture;

WHEREAS, pursuant to Fed. R. Crim. P. 36, this Court has the authority to correct a clerical error in a judgment, order, or other part of the record,

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.  all right, title and interest in a Remington Model 1100LW .410 gauge semiautomatic shotgun, serial number N498941H is forfeited to and vested in the United States of America pursuant to 18 U.S.C. 924(d)(1), in conjunction with

28 U.S.C. § 2461(c); and

    2.   the foregoing firearm shall be disposed of by the United States in accordance with law.

    LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: November 13, 2006    <u>s / Michael J. Davis</u>

    MICHAEL J. DAVIS, Judge

    United States District Court